FILED
CLERK, U.S. DISTRICT COURT

Jan 29, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

1  Mitchell J. Popham (SBN: 126194)
2  mpopham@lockelord.com
   Kelly S. Biggins (SBN: 252515)
3  kbiggins@lockelord.com
4  LOCKE LORD LLP
   300 South Grand, Suite 2600
5  Los Angeles, CA  90071
6  Telephone:  213.485.1500
   Facsimile:  213.485.1200
7

8
   Attorneys for Plaintiff
9  MANHATTAN NATIONAL LIFE INSURANCE
10 COMPANY

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13

14 MANHATTAN NATIONAL LIFE        )  CASE NO. 2:14-cv-08480-SVW-PLAx
15 INSURANCE COMPANY,             )
                                  )  Honorable Stephen V. Wilson
16              Plaintiff,        )
                                  )  [PROPOSED] ORDER GRANTING
17                                )  STIPULATION FOR DISMISSAL
        vs.                       )  WITH PREJUDICE
18                                )
19 CARONDELETTE GRIER, an         )
   individual; EMMA BLANKS-JENKINS, )
20 an individual; and DOES 1 through 10, )  [Filed concurrently with:  Stipulation For
21 inclusive,                     )  Dismissal With Prejudice]
                                  )
22              Defendants.       )
                                  )
23                                )
24 _____)

25

26                          JS-6

27

28

                              1
   [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1        This action is herewith dismissed with prejudice by way of the stipulation the

2   parties submitted pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

3   **IT IS SO ORDERED.**

4

5   Dated:   January 29, 2015

6                          Honorable Stephen V. Wilson

7                          United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

2